UNITED STATES GOVERNMENT

# memorandum

DATE:       November 10, 2021

FROM:       Donald L. Coneway, Sr.
            Supervising U.S. Probation Officer

SUBJECT:    Corey Tingle
            Crim. No. 5:19-CR-00019-015 (MTT)
            **International Travel Request**

TO:         Marc T. Treadwell
            Chief U.S. District Judge

The purpose of this memorandum is to request the above named be allowed to travel outside of the United States.

Tingle was sentenced August 4, 2021 to a term of 12 months' probation under the provisions of 18 U.S.C. § 3607. Special conditions ordered by the Court require the following: financial disclosure to the U.S. Probation Office, no new credit charges or opening of additional lines of credit, drug and alcohol testing and treatment and prohibition from possessing or using alcoholic beverages while in treatment. The Court also ordered a criminal monetary penalty of $5,000.00 to be paid at the rate of $100 per month. The defendant has paid a total of $864.00 towards his monetary penalty and has a remaining balance of $4,136.00.

Since his probation term began, Tingle has been residing in the Northern District of Georgia (ND/GA) and is therefore being supervised by the ND/GA U.S. Probation Office. According to the supervising officer, Tingle has remained compliant with the terms of probation. He has remained gainfully employed and all drug screens have been negative.

The defendant has submitted a request to travel to Abuja, Nigeria with his wife, Ifunanaya Ekechukwu Tingle (Nigerian descent) to observe and attend their traditional Nigerian wedding. He intends to be in Nigeria for a couple weeks if the Court grants permission to travel. The defendant has submitted to us his hotel and airline accommodations.

In view of the defendant's compliance while under supervision, it is recommended the Court grant the defendant permission to travel to Nigeria.

Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

DLC/dlc

RE: Corey Tingle  Page 2
5:19-CR-00019-015 (MTT)

## **Court Action:**

| X | Concur |
|---|---|
|   | Do Not Concur |

s/ Marc T. Treadwell                                   11/10/2021

Marc T. Treadwell                                        Date
Chief U.S. District Judge