UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 5:19-CR-19 (MTT) |
| vs. | : |
| | : |
| COREY TINGLE, | : |
| | : |
| **Defendant** | : |
| | : |

# ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, this case and all pending charges and charging documents as to COREY TINGLE are hereby DISMISSED with prejudice pursuant to the provision of 18 U.S.C. § 3607.

**SO ORDERED,** this 7th day of November, 2022.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov